# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| **Cases listed on Exhibit A, attached.** | **DISMISSAL ORDER** |

In accordance with this Court's January 22, 2021 Order and Reasons granting the Motion for Judgment on the Pleadings Based on Statute of Limitations as to Juanita Greer (Rec. Doc. 12057), Defendants have submitted the attached Exhibit A identifying other MDL Plaintiffs whose claims are similarly barred by the three-year statute of limitations under Mississippi law who notified Plaintiffs' Co-Liaison Counsel pursuant to this Court's Order of May 18, 2022 (Rec. Doc. 14221) of their intent not to appear at the July 13, 2022 hearing, and who therefore should be dismissed with prejudice pursuant to this Court's *Greer* Order.[1]

Upon dismissal, Plaintiff's case-specific opposition to the applicability of the Mississippi statute of limitations pursuant to the Court's Order and Reasons in *Greer* shall, to the extent currently preserved, remain preserved for appeal in any individual case based on adoption of the following: the pleadings and arguments advanced in opposition to dismissal based on the Mississippi statute of limitations in the *Greer* proceeding (Rec. Doc. 11057), in *Roach v. Sanofi U.S. Services, Inc.* (Rec. Doc. 12718) and in *Smith v. Sanofi U.S. Services, Inc.* (Rec. Doc. 13064); the PSC's Memorandum in Opposition to Motion for Rule to Show Cause Regarding Dismissal of

---

[1] *See also* this Court's Orders in *Roach v. Sanofi U.S. Services, Inc.*, No. 17-cv-7918 (E.D. La. May 21, 2021) (Rec. Doc. 12718) and *Smith v. Sanofi U.S. Services, Inc.*, No. 18-cv-7702 (E.D. La. July 14, 2021) (Rec. Doc. 13064), granting summary judgment on limitations grounds under Mississippi law.

Mississippi Plaintiffs (Rec. Doc. 13776); Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand (Rec. Doc. 8334) and Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint (Rec. Doc. 8650-2); and all oral arguments advanced by Plaintiffs in support of the above listed pleadings. Defendants have stipulated not to argue waiver of appeal rights and/or failure to file an opposition based on Plaintiff not appearing and objecting at the show cause hearing. Defendants are not precluded from asserting the applicability of the Mississippi statute of limitations to any cases not referenced on the attached Exhibit A.

Therefore, considering the briefing submitted by the parties and for the reasons stated by this Court in the Order and Reasons in *Greer*, **IT IS ORDERED, ADJUGED, AND DECREED** that the Plaintiffs on Exhibit A are hereby dismissed with prejudice. Each party to bear their own costs.

New Orleans, Louisiana, on this 18th day of July, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 1 | ALLEN | SHARON | Allan Berger & Associates | 2:17-cv-05108 |
| 2 | BOYD | WENDY | Allen & Nolte, PLLC | 2:17-cv-11957 |
| 3 | SIDDALL | PATRICIA | Allen & Nolte, PLLC | 2:17-cv-14457 |
| 4 | SIMMONS | EMMA | Allen & Nolte, PLLC | 2:18-cv-12886 |
| 5 | MCKNIGHT | ARIA Y | Atkins & Markoff | 2:18-cv-00346 |
| 6 | BARNETT | PATRICIA | Atkins & Markoff | 2:18-cv-00351 |
| 7 | BISHOP | DORIS A | Atkins & Markoff | 2:18-cv-00352 |
| 8 | BOLDEN | SABRINA Y | Atkins & Markoff | 2:18-cv-00353 |
| 9 | HOLCOMBE | KAYE E | Atkins & Markoff | 2:18-cv-00357 |
| 10 | WILLIAMS | SHIRLEY | Atkins & Markoff | 2:18-cv-00361 |
| 11 | MCCULLUM | ELLEN J | Barrett Johnston Martin & Garrison, LLC | 2:19-cv-12000 |
| 12 | BOYD | LACHANDA | Brent Coon & Associates | 2:17-cv-12962 |
| 13 | HICKS | EDNA MAE | Brown & Crouppen | 2:17-cv-14418 |
| 14 | KYLE | ELOISE | Brown & Crouppen | 2:17-cv-14446 |
| 15 | LANKFORD | KATHRYN | Brown & Crouppen | 2:17-cv-14448 |
| 16 | NEAL | FRANCES | Brown & Crouppen | 2:17-cv-14482 |
| 17 | BROWN | DIANA | Brown & Crouppen | 2:20-cv-01087 |
| 18 | LATTIMORE | STELLA | Brown, LLC | 2:18-cv-14090 |
| 19 | YOUNG | MARY | Canepa Riedy Abele | 2:19-cv-02034 |
| 20 | WALLER | CHERLYN | Carey Danis & Lowe | 2:18-cv-13119 |
| 21 | THORNTON | NETTIE | Carey Danis & Lowe | 2:18-cv-13132 |
| 22 | ROBINSON | JANICE BECKLEY | Carey Danis & Lowe | 2:18-cv-13142 |
| 23 | RANDALL | MYRTIS | Carey Danis & Lowe | 2:18-cv-13195 |
| 24 | FORD | NEVA | Cutter Law PC | 2:18-cv-10362 |
| 25 | GIBBS | EARLEAN | Cutter Law PC | 2:18-cv-10363 |
| 26 | DUCKSWORTH | LEE | Cutter Law PC | 2:18-cv-11241 |
| 27 | GILLESPIE | LAVERNE | Davis & Crump, P. C. | 2:17-cv-15234 |
| 28 | COTTON | MAGGIE | Davis & Crump, P. C. | 2:18-cv-06720 |
| 29 | DAVIS | MARILYN | Davis & Crump, P. C. | 2:18-cv-12088 |
| 30 | SMITH | SHALANDA | Fears | Nachawati | 2:18-cv-00496 |
| 31 | BENNETT | PETINA L | Fears | Nachawati | 2:18-cv-07896 |
| 32 | GRIFFIN | TAMMY | Fears | Nachawati | 2:18-cv-10229 |
| 33 | BENNETT | PATTY | Fears | Nachawati | 2:18-cv-10260 |
| 34 | VAUGHN | ORA | Fears | Nachawati | 2:18-cv-10655 |
| 35 | HENDERSON | GWENDOLYN | Fears | Nachawati | 2:18-cv-10918 |
| 36 | BUFORD | CINDY | Fears | Nachawati | 2:18-cv-13066 |
| 37 | HENNINGTON | ANNIE | Fears | Nachawati | 2:18-cv-13271 |
| 38 | SIMMS | GWENDOLYN | Fears | Nachawati | 2:18-cv-13314 |
| 39 | THOMPSON | LILLIE | Fears | Nachawati | 2:18-cv-13408 |
| 40 | SOUTH | KATHERINE | Fears | Nachawati | 2:18-cv-13660 |
| 41 | MCNAIR | REATHEA J | Fears | Nachawati | 2:18-cv-13692 |
| 42 | GRAY | PHILLIS A | Fears | Nachawati | 2:18-cv-13751 |
| 43 | GOOCH | CHRISTINE | Fears | Nachawati | 2:18-cv-13840 |
| 44 | HILL | VERONICA | Fears | Nachawati | 2:21-cv-00629 |
| 45 | CONN | SHERRY | Finson Law Firm | 2:17-cv-15476 |
| 46 | COOPER | ROMANICA | Finson Law Firm | 2:20-cv-02672 |

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 47 | MORGAN | CLYDELL | Grant & Eisenhofer | 2:20-cv-01346 |
| 48 | AKINS | BRENDA | Hilliard Martinez Gonzales LLP | 2:17-cv-12767 |
| 49 | LITTLETON | VERA | Hissey, Mulderig & Friend, PLLC | 2:17-cv-12294 |
| 50 | DOBSON | CAROLYN | Johnson Becker | 2:16-cv-16255 |
| 51 | THOMAS | BONNIE R | Johnson Becker | 2:18-cv-07879 |
| 52 | HODGES | LAVERA | Johnson Becker | 2:18-cv-11243 |
| 53 | ROSS | CELESTINE | Johnson Becker | 2:18-cv-11910 |
| 54 | WILLIAMS | BETTYE J | Johnson Becker | 2:18-cv-12087 |
| 55 | HULIN | LORETTA | Johnson Law Group | 2:18-cv-07259 |
| 56 | MCMULLEN | RUBY | Law Offices of A. Craig Eiland | 2:17-cv-15979 |
| 57 | HAMMOND | TAMMY | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-13122 |
| 58 | TYNES | ALLISON | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-14682 |
| 59 | PERRIER | TERRY | Maher Law Firm | 2:18-cv-09596 |
| 60 | HOWELL | LIFLEY | Maher Law Firm | 2:18-cv-09597 |
| 61 | LEVERSON | RUTHIE L | Marc J. Bern & Partners LLP | 2:17-cv-12199 |
| 62 | BUQUET | JOYANN | Marc J. Bern & Partners LLP | 2:18-cv-00800 |
| 63 | THORNTON | TONYA | Martinez & McGuire PLLC | 2:19-cv-14754 |
| 64 | GANDY | ANNIE M | Martinez & McGuire PLLC | 2:20-cv-00864 |
| 65 | LUNGRIN | CINDY | McDonald Worley | 2:19-cv-00744 |
| 66 | CHASE | FLORINE | McGartland Law Firm, PLLC | 2:16-cv-15317 |
| 67 | BRANDON | IRMA | McGartland Law Firm, PLLC | 2:17-cv-05787 |
| 68 | GIBSON | MARY | McGartland Law Firm, PLLC | 2:17-cv-06236 |
| 69 | LEWIS | SHEILA | McGartland Law Firm, PLLC | 2:17-cv-06891 |
| 70 | CROSBY | GEORGIANN | McGartland Law Firm, PLLC | 2:17-cv-08934 |
| 71 | COOLEY | LOREE | McGartland Law Firm, PLLC | 2:17-cv-09633 |
| 72 | HILLS | LORETTA | McGartland Law Firm, PLLC | 2:18-cv-00727 |
| 73 | MCCOLLUM | VALERIE | McGartland Law Firm, PLLC | 2:18-cv-03578 |
| 74 | MCCORMICK | CHERYL | McGartland Law Firm, PLLC | 2:18-cv-03582 |
| 75 | MONTGOMERY | IYOMIA M | McGartland Law Firm, PLLC | 2:18-cv-04594 |
| 76 | DOWNS | JOHNNIE | McGartland Law Firm, PLLC | 2:18-cv-06614 |
| 77 | TUBBS | LILLIE | McGartland Law Firm, PLLC | 2:18-cv-06627 |
| 78 | NELSON | LV | McGartland Law Firm, PLLC | 2:18-cv-09850 |
| 79 | HOUSTON | EARLEE | McSweeney/Langevin LLC | 2:17-cv-16565 |
| 80 | BROOKS | MARY N | McSweeney/Langevin LLC | 2:18-cv-04800 |
| 81 | KERSHAW | ANGELA | McSweeney/Langevin LLC | 2:18-cv-08411 |
| 82 | DAILEY | JANICE | McSweeney/Langevin LLC | 2:18-cv-08988 |
| 83 | HENDERSON | CYNTHIA | McSweeney/Langevin LLC | 2:18-cv-08996 |
| 84 | CRAVEN | FREDNA | McSweeney/Langevin LLC | 2:18-cv-11925 |
| 85 | MAYS | JULIA | McSweeney/Langevin LLC | 2:18-cv-11995 |
| 86 | ROBINSON | SHERRY F | McSweeney/Langevin LLC | 2:18-cv-12008 |
| 87 | CARTER | PATRICIA | McSweeney/Langevin LLC | 2:18-cv-12015 |
| 88 | GAVIN | LORRAINE | McSweeney/Langevin LLC | 2:18-cv-12735 |
| 89 | SPANN | ROSIELENE | Morgan and Morgan | 2:18-cv-02578 |

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 90 | WILLIAMS | SANDRA F | Morgan and Morgan | 2:18-cv-02892 |
| 91 | PUSEY | ELLEN | Morris Bart, LLC | 2:16-cv-15471 |
| 92 | SHAMSIDDEEN | HALIMAH | Morris Bart, LLC | 2:18-cv-03605 |
| 93 | PAYTON | RUTH | Morris Bart, LLC | 2:18-cv-05463 |
| 94 | CHILDRES | PATRICIA | Morris Bart, LLC | 2:18-cv-06005 |
| 95 | BRITT | JULIE | Morris Bart, LLC | 2:18-cv-06055 |
| 96 | TATUM | DOROTHY | Morris Bart, LLC | 2:18-cv-06065 |
| 97 | GREEN | MARY | Morris Bart, LLC | 2:18-cv-06766 |
| 98 | NORSWORTHY | TAMMIE | Morris Bart, LLC | 2:18-cv-07140 |
| 99 | BORNE FERREIRA | CONNIE | Morris Bart, LLC | 2:19-cv-01196 |
| 100 | YOUNG | TERESA D | Reich and Binstock, LLP | 2:16-cv-17534 |
| 101 | SPENCER | TONI | Reich and Binstock, LLP | 2:16-cv-17538 |
| 102 | DAVIS | ROBIZENE | Reich and Binstock, LLP | 2:18-cv-04884 |
| 103 | HUBBARD | DEBBIE | Reyes\|Browne\|Reilley | 2:18-cv-10283 |
| 104 | SPIVEY | RHONDA | Reyes\|Browne\|Reilley | 2:18-cv-10306 |
| 105 | HINTON | CELENA | Reyes\|Browne\|Reilley | 2:18-cv-10357 |
| 106 | HAMMOND | LYNDRA J | Reyes\|Browne\|Reilley | 2:18-cv-10632 |
| 107 | DAVIS | ROZELLA | Reyes\|Browne\|Reilley | 2:18-cv-10761 |
| 108 | SWARPTUE | ROLANDA | Reyes\|Browne\|Reilley | 2:18-cv-10925 |
| 109 | HALEY | BARBARA | Reyes\|Browne\|Reilley | 2:18-cv-11153 |
| 110 | REYNOLDS | JO ANN | Reyes\|Browne\|Reilley | 2:18-cv-11226 |
| 111 | PUGH NORRIS | ELIZABETH | Reyes\|Browne\|Reilley | 2:18-cv-11427 |
| 112 | NYLENE | SYBLE | Reyes\|Browne\|Reilley | 2:18-cv-11634 |
| 113 | WALLS | BETTYE | Reyes\|Browne\|Reilley | 2:18-cv-12218 |
| 114 | KEYS | WILLIE | Reyes\|Browne\|Reilley | 2:18-cv-13277 |
| 115 | RANKINS | CARDELLA | Reyes\|Browne\|Reilley | 2:18-cv-13291 |
| 116 | SCARLETT | CHENNETTE R | Roden Law | 2:19-cv-13723 |
| 117 | JOHNSON | ERMA | Saunders & Walker PA | 2:19-cv-13816 |
| 118 | SANDERSON | KIMBERLY | Schmidt National Law Group | 2:17-cv-11517 |
| 119 | BALL | FRANCES | Shaw Cowart, LLP | 2:17-cv-09531 |
| 120 | LARKIN | SCARLETT J | Shaw Cowart, LLP | 2:17-cv-13261 |
| 121 | PATTERSON | SUREATHER | Shaw Cowart, LLP | 2:17-cv-14127 |
| 122 | WOODWARD | LINDA | Shaw Cowart, LLP | 2:17-cv-14165 |
| 123 | MCADORY | LYNN | Stag Liuzza, LLC | 2:18-cv-10358 |
| 124 | GATHINGS | TONIA | Sweeney Merrigan Law | 2:18-cv-10233 |
| 125 | JOHNSON | SONYA C | The Gori Law Firm, P.C. | 2:18-cv-11875 |
| 126 | REED | MANDIE | The Goss Law Firm | 2:18-cv-12757 |
| 127 | MCNEAL | LILLIE | The Goss Law Firm | 2:18-cv-12763 |
| 128 | GILLILAND | PATSY L | Verhine & Verhine, PLLC | 2:17-cv-05054 |
| 129 | KELLY | ROSA | Verhine & Verhine, PLLC | 2:17-cv-17732 |
| 130 | FELTON | PEGGY | Verhine & Verhine, PLLC | 2:17-cv-17733 |
| 131 | BARNES | MARY | Watts Guerra, LLP | 2:17-cv-11514 |
| 132 | DAVIS | CHARLINE | Wendt Law Firm, P.C. | 2:18-cv-13093 |
| 133 | PAYTON | DEBRA | WHITFIELD BRYSON LLP | 2:17-cv-09725 |
| 134 | PHIPPS | ROSEMARIE C. | Zoll & Kranz, LLC | 2:17-cv-13602 |